55secondhabeas.frm

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

William Henry Nicholson, )
        Petitioner, )
v. ) 1:06CV00199
     ) 1:02CR119-2; 1:02CR216-1
United States of America, )
        Respondent. )

## RECOMMENDATION AND ORDER
## OF MAGISTRATE JUDGE ELIASON

Petitioner, a federal prisoner, has submitted a "criminal complaint" in which he attacks his convictions on bank robbery charges. He alleges that defense counsel rendered ineffective assistance and that the Assistant United States Attorney knowingly used false evidence against him at trial, among other allegations. Petitioner, as a private citizen, may not initiate a federal criminal prosecution. Only the United States as prosecutor may bring such a complaint. See Cok v. Cosentino, 876 F.2d 1 (1st Cir. 1989). Because of the nature of petitioner's allegations, the court will construe this submission as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. This motion cannot be further processed because court records reveal that petitioner has previously attacked the same conviction and sentence in a previous section 2255 motion. [No. 1:04CV1147] Consequently, petitioner must move in the Fourth Circuit Court of Appeals for an order authorizing this district court to consider the current motion. This is required by 28 U.S.C. § 2255 and 28 U.S.C. § 2244. See AO 243 (MDNC 3/97), Instructions, ¶ (4), which is enclosed. Because of this pleading failure, this particular motion should be filed and then dismissed.

**IT IS THEREFORE RECOMMENDED** that this action be filed and then dismissed sua sponte for failure to obtain certification for this § 2255 application by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d).

**IT IS THEREFORE ORDERED** that the clerk send petitioner a copy of this recommendation, instruction forms for filing Section 2255 motions in this Court and Motions for Authorization in the court of appeals, and four copies of Section 2255 motion forms (more copies will be sent on request). Petitioner should keep the original and two copies of the Section 2255 motion which can be submitted in this court if petitioner obtains approval from the Fourth Circuit.

*Russell A. Eliason*
United States Magistrate Judge

February 28, 2006