IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WILLIAM HENRY NICHOLSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:06CV00199 |
| ) | 1:02CR119-2; 1:02CR216-1 |
| UNITED STATE OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### J U D G M E N T

On February 28, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is dismissed sua sponte for failure to obtain certification for this Section 2255 application by filing a Motion for Authorization in the court of appeals as required by 28 U.S.C. §§ 2255 and 2244 and Fourth Circuit Local Rule 22(d), and that finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is denied.

This the day of April 12, 2006

　　　　　　　　　　　　　　　　　　/s/ N. Carlton Tilley, Jr.
　　　　　　　　　　　　　　　　　United States District Judge